**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN P. RAND and NORMAN A. LEVY, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>KILWINS QUALITY CONFECTIONS, INC. d/b/a Kilwins, a Michigan Corporation,<br><br>        Defendant. | Case No. 1:21-cv-01513<br><br>Hon. Harry D. Leinenweber |

**MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

NOW COMES, Defendant, KILWINS QUALITY CONFECTIONS, INC. ("KQC") by its attorneys, Goldberg Segalla LLP, and pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 8 and 9(b), moves to dismiss Plaintiffs' Second Amended Class Action Complaint for the following reasons:

1. Plaintiffs' Second Amended Class Action Complaint should be dismissed as this Court lacks subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. §1332(d)(2) and (6).

2. Plaintiffs also lack standing to sue on behalf of persons in States where Plaintiffs did not purchase products and over products Plaintiffs did not purchase.

3. KQC complied with all Federal Labeling provisions and therefore Plaintiffs' Second Amended Class Action claims are preempted by Federal law.

4. Plaintiffs' Second Amended Class Action Complaint fails to state a plausible claim for relief in compliance with F.R.C.P. Rules 8, 9(b) and 12(b)(6).

5. In support of this motion to dismiss, KQC incorporates and submits its Memorandum of Law and the Declaration of David Selvius.

WHEREFORE, Defendant, KQC, requests that Plaintiffs' Second Amended Class Action Complaint be dismissed for lack of subject matter jurisdiction, and lack of standing, because it is preempted, and because it fails to state a plausible claim for relief in compliance with F.R.C.P. Rules 8,and 9(b) and 12(b)(6) .

/s/ James W. Ozog
GOLDBERG SEGALLA LLP
James W. Ozog (ARDC # 2130963)
222 W. Adams Street, Suite 2250
Chicago, IL 60606
*Mailing Address:*
P.O. Box 957
Buffalo, NY 14201
Tel: (312) 572-8406
Fax: (312) 572-8401

## **CERTIFICATE OF SERVICE**

    The undersigned, a non-attorney, states that she filed the foregoing **Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint** with its Memorandum of Law, Declaration and Exhibits via CM/ECF filing with copies to be sent to counsel of record via ECF.

Dated: April 11, 2022                                          /s/ Kristina McClendon