# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

John P. Rand, et al ,

Plaintiff(s),

v.

Kilwins Quality Confections, Inc. ,

Defendant(s).

Case No. 21 C 1513
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

   which ☐ includes      pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Kilwins Quality Confections, Inc.
and against plaintiff(s) John P. Rand, et al
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date: 12/1/2022                    Thomas G. Bruton, Clerk of Court

                                   Melanie A. Foster, Deputy Clerk